**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JONATHAN WAYNE SELF
ADC #142706                                                                                          PLAINTIFF

V.                             CASE NO. 5:15-CV-119 SWW/BD

KEITH TAYLOR, et al.                                                                          DEFENDANTS

**ORDER**

Jonathan Wayne Self, an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit pro se alleging that he was attacked by Defendant Keith Taylor and James Catoe on January 9, 2015, while other Defendants failed to intervene. (Docket entry #2) Accordingly, service is proper for Defendants Taylor, Catoe, Griffin, Brinker, and Hughes.

The Clerk of the Court is directed to prepare summonses for Defendants Taylor, Catoe, Griffin, Brinker, and Hughes. The United States Marshal is directed to serve copies of the Complaint, with any attachments (#2), and a summons for each of these Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED, this 15th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE