**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JONATHAN WAYNE SELF
ADC #142706                                                                                          PLAINTIFF

V.                          CASE NO. 5:15-CV-119 SWW/BD

KEITH TAYLOR, et al.                                                                              DEFENDANTS

**ORDER**

The Court has received a Partial Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere. After carefully reviewing the Recommendation, the timely objection, and upon conducting a *de novo* review of the relevant record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Self's claims against Defendants Burl, Socia, Watson, Outlaw, Kelley and Williams are DISMISSED, without prejudice.

IT IS SO ORDERED this 1st day of May 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE