IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN WAYNE SELF
ADC #142706                                                                                              PLAINTIFF

V.                                    CASE NO. 5:15-CV-119 SWW/BD

KEITH TAYLOR, et al.                                                                                DEFENDANTS

## ORDER

Summons has been returned unexecuted as to Defendant Blake Brinker (docket entry #29), with a notation that Defendant Brinker is no longer employed by the Arkansas Department of Correction ("ADC"). The ADC Compliance Division has provided this Defendant's last-known address, however, under seal. (#29)

Accordingly, the Clerk of the Court is requested to re-issue a summons for Defendant Brinker. The United States Marshal is directed to serve a copy of the complaint, (#2) with any attachments, and the summons, upon this Defendant at the address provided under seal.

IT IS SO ORDERED, this 21st day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE