**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JONATHAN WAYNE SELF**
**ADC #142706**                                                     **PLAINTIFF**

**V.**                   **CASE NO. 5:15-CV-119 SWW/BD**

**KEITH TAYLOR, et al.**                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Defendants' motion for partial summary judgment (docket entry #39) is DENIED.

IT IS SO ORDERED, this 23rd day of February 2016.

                                               /s/Susan Webber Wright
                                               UNITED STATES DISTRICT JUDGE