# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JONATHAN WAYNE SELF
ADC #142706                                                                                           PLAINTIFF

V.                          CASE NO. 5:15-CV-119 SWW/BD

KEITH TAYLOR, et al.                                                                                DEFENDANTS

## ORDER

On June 22, 2016, the Court received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. See Doc. # 61. The Recommendation was mailed to plaintiff Jonathan Wayne Self at his last known address. However, on July 1, 2016, the Recommendation was returned to this Court as undeliverable. See Doc. # 62.

Local Rule 5.5(c)(2) provides:

Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

By Order entered July 5, 2016 [doc.#64], the Court ordered plaintiff to inform the Court of his current address within thirty (30) days of the entry of this Order and that failure to do so may result in the dismissal of this action under Local Rule 5.5(c)(2). On July 12, 2016, the Order was returned to the Court as undeliverable. See Doc. # 65.

Plaintiff has not informed the Court of his current address as ordered and the time for doing so has passed. Accordingly, the Court dismisses this action without prejudice.

IT IS SO ORDERED this 15th day of August 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE