IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JONATHAN WAYNE SELF**
**ADC #142706**                                                                                      **PLAINTIFF**

**V.**                          **CASE NO. 5:15-CV-119 SWW/BD**

**KEITH TAYLOR, et al.**                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this action is DISMISSED without prejudice.

IT IS SO ORDERED this 15th day of August 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE